BUCHALTER NEMER
A Professional Corporation
   JAY R. ZIEGLER (SBN: 54877)
   MICHAEL L. WACHTELL (SBN: 47218)
   MATTHEW S. SOLMON (SBN: 237363)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
E-mail: jziegler@buchalter.com
E-mail: mwachtell@buchalter.com
E-mail: msolmon@buchalter.com

Attorneys for Plaintiff
REVAH HOLDINGS, INC.

CHRISTIE, PARKER & HALE LLP
BRIAN K. BROOKEY, ESQ. (SBN: 149522)
350 W. Colorado Blvd. Suite 500
Pasadena, CA 91105-1836
Telephone: (626) 795-9900
Facsimile: (626) 577-8800
Email: brian.brookey@cph.com

Attorneys for Defendants
FOREVER 21, INC.; FOREVER 21 RETAIL,
INC.; AND THE ORIGINAL, INC.

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
SEP 21 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVAH HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FOREVER 21, INC., et al., <br><br> Defendants. | Case No. CV 06-0091 ABC (MANx) <br><br> **STIPULATION OF DISMISSAL AND [proposed] ORDER THEREON** <br><br> **Hon. Audrey B. Collins** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Revah Holdings, Inc. ("Plaintiff"), and Defendants, Forever 21, Inc. and Forever 21 Retail, Inc. and The Original, Inc. (all defendants collectively hereinafter referred to as the

"Defendants"), through their respective undersigned counsel, as follows:

1. This Action and all claims raised herein are hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2. The Court shall have continuing jurisdiction to interpret and enforce the terms of the confidential settlement agreement entered into by the parties; and

2. Each party shall bear its own costs and attorney fees.

SO STIPULATED AND AGREED:

DATED: September \_\_, 2006      BUCHALTER NEMER
                                 A Professional Corporation

                                 By: _____
                                     JAY R. ZIEGLER
                                     Attorneys for Plaintiff
                                     REVAH HOLDINGS, INC.

DATED: September 17, 2006        CHRISTIE, PARKER & HALE, LLP

                                 By: _____
                                     BRIAN K. BROOKEY
                                     Attorneys for Defendants
                                     FOREVER 21, INC.; FOREVER 21
                                     RETAIL, INC.; AND THE ORIGINAL,
                                     INC.

IT IS SO ORDERED.

Dated: September 21, 2006        _____
                                 AUDREY B. COLLINS
                                 United States District Judge

BN 959078v1